THE HONORABLE DAVID W. CHRISTEL

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON *et al*,<br><br>Defendants. | No. C70-9213<br>Subproceeding 89-03-16<br><br>ORDER APPROVING REVISED CONSENT DECREE AND SETTLEMENT AGREEMENT – SQUAXIN ISLAND TRIBE, COREY JOHNSON, AND OAKLAND SEAFOODS |

IT IS HEREBY ORDERED:

The Court, having considered the Joint Motion for Order Approving Revised Consent Decree and Settlement Agreement (Dkt. 15) ("Revised Consent Decree"), which addresses disputes arising between the Squaxin Island Tribe and Oakland Seafoods, finds that the Revised Consent Decree is fair and reasonable, both procedurally and substantively, consistent with applicable law, in good faith, and in the public interest.

The Revised Consent Decree is hereby entered and approved.  This action is hereby dismissed pursuant to the terms set forth in the Revised Consent Decree.  This Revised Consent Decree shall not

ORDER APPROVING REVISED CONSENT DECREE AND SETTLEMENT AGREEMENT – SQUAXIN ISLAND TRIBE, COREY JOHNSON, AND OAKLAND SEAFOODS - 1
(No.C70-9213, Subproceeding 89-3-16)

SQUAXIN ISLAND LEGAL DEPARTMENT
3711 SE OLD OLYMPIC HWY
SHELTON, WASHINGTON 98584
360.432.1771

be cited as precedent in any other proceeding.

DATED this 15th day of December, 2020.

*[signature]*

David W. Christel
United States Magistrate Judge

ORDER APPROVING REVISED CONSENT DECREE AND SETTLEMENT AGREEMENT – SQUAXIN ISLAND TRIBE, COREY JOHNSON, AND OAKLAND SEAFOODS - 2
(No.C70-9213, Subproceeding 89-3-16)

SQUAXIN ISLAND LEGAL DEPARTMENT
3711 SE OLD OLYMPIC HWY
SHELTON, WASHINGTON 98584
360.432.1771